UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>           v.<br><br>**Gonzalo ARREDONDO-Ortiz,**<br><br>           Defendant | Magistrate Docket No.<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 8, U.S.C., Section 1326<br>Deported Alien Found in the<br>United States |

The undersigned complainant, being duly sworn, states:

On or about **January 23, 2008**, within the Southern District of California, defendant, **Gonzalo ARREDONDO-Ortiz**, an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **24th** DAY OF **January 2008.**

_____
Jan M. Adler
UNITED STATES MAGISTRATE JUDGE

**CONTINUATION OF COMPLAINT:**
**Gonzalo ARREDONDO-Ortiz**

## PROBABLE CAUSE STATEMENT

On January 23, 2008 at approximately 09:30 A.M Agent A. Abellon was conducting line watch duties, when Border Patrol dispatch advised him of a seismic sensor activation near an area known as Spooner's Mesa. This area is approximately four miles west of San Ysidro, California, Port of Entry and just north of the United States/Mexico international boundary. Agent Abellon responded to the area and found six individuals attempting to conceal themselves in the brush. Agent Abellon identified himself as a Border Patrol Agent and questioned the group as to their immigration status. All six, including on later identified as the defendant, **Gonzalo ARREDONDO-Ortiz,** admitted to being a national and citizen of Mexico illegally present in the United States. All six individuals, including the defendant, were arrested and transported to the the Imperial Beach Border Patrol Station for Processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico** on **May 25, 2001** through **Nogales, Arizona.** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

The defendant was advised of his rights as per the Miranda Warning. The defendant stated that he understood his rights and agreed to be interviewed without representation. The defendant stated under oath that he illegally jumped the United States/Mexico International Boundary fence this morning. When the defendant was asked again if he had any immigration documents in his possession that would allow him to legally enter into or be in the United States, he stated, "No".