```
                                    FILED

                              08 FEB 13 PM 4:40

                              [stamp]

                        BY:              DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury   08 CR 0338 IEG

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                  )<br>           Plaintiff,             )<br>                                  )<br>     v.                           )<br>                                  )<br> GONZALO ARREDONDO-ORTIZ,         )<br>                                  )<br>           Defendant.             )<br> _____) | Criminal Case No. _____<br><br>I N D I C T M E N T<br><br>Title 8, U.S.C., Secs. 1326(a) and (b) - Deported Alien Found in the United States |

The grand jury charges:

On or about January 23, 2008, within the Southern District of California, defendant GONZALO ARREDONDO-ORTIZ, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Sections 1326(a) and (b).

//

//

WDK:fer:San Diego
2/12/08

1  It is further alleged that defendant GONZALO ARREDONDO-ORTIZ, was
2  removed from the United States subsequent to August 23, 2000.
3  DATED: February 13, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
DOUGLAS KEEHN
Assistant U.S. Attorney