1  **KRIS KRAUS**
   Cal. Bar No. 233699
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
   225 Broadway, Suite 900
3  San Diego, California 92101-5008
   Telephone: (619) 234-8467
4  Facsimile: (619) 687-2666
   Kris_Kraus@fd.org

6  Attorneys for Defendant

8                        UNITED STATES DISTRICT COURT

9                       SOUTHERN DISTRICT OF CALIFORNIA

10                      **(HONORABLE IRMA E. GONZALEZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | Case No. 08CR0338-IEG |
|         Plaintiff,          ) | |
|                             ) | **NOTICE OF APPEARANCE** |
| v.                          ) | |
|                             ) | |
| GONZALEZ ARREDONDO-ORTIZ,   ) | |
|         Defendant.          ) | |
| _____ ) | |

Pursuant to implementation of the CM/ECF procedures in the Southern District of California, Kris J. Kraus and Federal Defenders of San Diego, Inc. files this Notice of Appearance as lead counsel in the above-captioned case.

                                        Respectfully submitted,

Dated: February 26, 2008                  /s/ Kris J. Kraus
                                         **KRIS J. KRAUS**
                                         Federal Defenders of San Diego, Inc.
                                         Attorneys for Defendant
                                         Kris_Kraus@fd.org

## CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

U S Attorneys Office Southern District of California
880 Front Street
Room 6293
San Diego, CA 92101
(619)557-5610
Fax: (619)557-5917
Email: Efile.dkt.gc2@usdoj.gov

DATED:  February 26, 2008              /s/ Kris J. Kraus
                                                 **KRIS J. KRAUS**
                                                 Federal Defenders of San Diego, Inc.
                                                 Attorneys for Defendant
                                                 Kris_Kraus@fd.org