1 **SARA M. PELOQUIN**
California State Bar No.254945
2 **KRIS J. KRAUS**
California State Bar No. 233699
3 **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
4 San Diego, California 92101-5008
Telephone: (619) 234-8467
5 Email: sara_peloquin@fd.org
Email: kris_kraus@fd.org
6
Attorneys for Mr. Gonzalo Arredondo-Ortiz
7

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE IRMA E. GONZALEZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.08CR00338-IEG |
| Plaintiff, | DATE: April 1, 2008 |
| | TIME: 2:00 p.m. |
| v. | |
| GONZALO ARREDONDO-ORTIZ, | NOTICE OF MOTIONS AND MOTIONS TO: |
| Defendant. | 1) COMPEL DISCOVERY AND PRESERVE EVIDENCE; AND |
| | 2) GRANT LEAVE TO FILE FURTHER MOTIONS |

TO:   KAREN P. HEWITT, UNITED STATES ATTORNEY; AND
      PAUL STARITA, ASSISTANT UNITED STATES ATTORNEY:

**PLEASE TAKE NOTICE** that, on Tuesday, April 1, 2008, at 2:00 p.m., or as soon thereafter as counsel may be heard, the accused, Gonzalo Arredondo-Ortiz, by and through his attorneys, Sara M. Peloquin, and Federal Defenders of San Diego, Inc., will ask this Court to enter an order granting the motions listed below.

//
//
//
//
//

**MOTIONS**

Gonzalo Arredondo-Ortiz, the accused in this case, by and through his attorneys, Sara M. Peloquin, and Federal Defenders of San Diego, Inc., pursuant to the United States Constitution, Federal Rules of Criminal Procedure, and all other applicable statutes, case law and local rules, hereby moves this Court for an Order:

1)    To Compel Further Discovery and Preserve Evidence; and

2)    To Grant Leave to File Further Motions.

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, and any and all other materials that may come to this Court's attention at the time of the hearing on these motions.

Respectfully submitted,

DATED:  March 10, 2008

*/s/ Sara M. Peloquin*
**SARA M. PELOQUIN**
Federal Defenders of San Diego, Inc.
Attorneys for Gonzalo Arredondo-Ortiz