UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08CR00338-IEG |
| | ) | |
| v. | ) | |
| | ) | CERTIFICATE OF SERVICE |
| GONZALO ARREDONDO-ORTIZ, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of her information and belief, and that a copy of the foregoing has been electronically served this day upon:

>Paul Starita, Assistant United States Attorney
>880 Front Street
>San Diego, CA 92101

Dated: March 10, 2008                                              /s/Sara M. Peloquin
                                                                              **SARA M. PELOQUIN**
                                                                              Federal Defenders
                                                                              225 Broadway, Suite 900
                                                                              San Diego, CA 92101-5030
                                                                              (619) 234-8467 (tel)
                                                                              (619) 687-2666 (fax)
                                                                              Email:sara_peloquin@fd.org