1 **SARA M. PELOQUIN**
California State Bar No. 254945
2 **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 San Diego, California 92101-5008
Telephone: (619) 234-8467, ext. 3716
4 sara_peloquin@fd.org

5
Attorneys for Mr. Arredondo-Ortiz
6

7

8
UNITED STATES DISTRICT COURT
9
SOUTHERN DISTRICT OF CALIFORNIA
10
**(HONORABLE IRMA E. GONZALEZ)**
11

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.08CR0338-IEG |
| | ) | |
| Plaintiff, | ) | DATE:   July 7, 2008 |
| | ) | TIME:   2:00 P.M. |
| v. | ) | |
| | ) | NOTICE OF MOTIONS AND |
| GONZALO ARREDONDO-ORTIZ, | ) | MOTIONS TO: |
| | )) | |
| Defendant. | ) | 1) DISMISS INDICTMENT DUE TO |
| | ) | IMPROPER GRAND JURY INSTRUCTIONS; |
| | ) | 2) DISMISS THE INDICTMENT DUE TO AN |
| | ) | INVALID DEPORTATION; |
| | ) | 3) SUPPRESS STATEMENTS; AND |
| | ) | 4) LEAVE TO FILE FURTHER MOTIONS |

19 TO:    KAREN P. HEWITT, UNITED STATES ATTORNEY, AND
       PAUL STARITA, ASSISTANT UNITED STATES ATTORNEY:
20

21 **PLEASE TAKE NOTICE** that on June 2, 2008, at 2:00 p.m., or as soon thereafter as counsel may

22 be heard, Mr. Gonzalo Arredondo-Ortiz, by and through his counsel, Sara Peloquin and Federal Defenders

23 of San Diego, Inc., will ask this Court to enter an order granting the motions listed below.

24 //

25 //

26 //

27 //

28 //

08CR0338-IEG

**MOTIONS**

Mr. Gonzalo Arredondo-Ortiz, by and through his attorneys, Sara Peloquin, and Federal Defenders of San Diego, Inc., pursuant to the Fourth, Fifth and Sixth Amendments to the United States Constitution, Fed. R. Crim. P. 12, 16 and 26, and all other applicable statutes, case law and local rules, hereby moves this Court for an order to:

1) Dismiss the Indictment Due to Improper Grand Jury Instructions;

2) Dismiss the Indictment Due to Invalid Deportation;

3) Suppress Statements; and

4) Grant Leave to File Further Motions.

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, and any and all other materials that may come to this Court's attention at the time of the hearing on these motions.

Respectfully submitted,

Dated: May 27, 2008         */s/ Sara M. Peloquin*
**SARA M. PELOQUIN**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Arredondo-Ortiz