FILED
AUG -5 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR0338-IEG |
|---|---|---|
| Plaintiff, | ) | **SUPERSEDING INFORMATION** |
| v. | ) | Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor) |
| GONZALO ARREDANDO-ORTIZ, | ) | Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony) |
| Defendant. | ) | |

The United States Attorney charges:

<u>Count 1</u>

On or about April, 2002, within the Southern District of California, defendant GONZALO ARREDANDO-ORTIZ being an alien, unlawfully entered or attempted to enter the United States; in violation of Title 8, United States Code, Section 1325, a misdemeanor.

//
//
//
//
//
//

<u>Count 2</u>

On or about January 23, 2008, within the Southern District of California, defendant GONZALO ARREDANDO-ORTIZ being an alien, unlawfully entered or attempted to enter the United States and previously committed the offense of unlawfully entering or attempting to enter the United States, as alleged in Count 1; all in violation of Title 8, United States Code, Section 1325, a felony.

DATED: August 4, 2008

KAREN P. HEWITT
United States Attorney

PAUL L. STARITA
Assistant U.S. Attorney