AO 455(Rev. 5/85) Waiver of Indictment

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

FILED
AUG - 5 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
| v. | |
| GONZALO ARREDANDO-ORTIZ | CASE NUMBER: 08CR0338-IEG |

I, ~~LEONEL HERNANDEZ-MARTINEZ~~ GONZALO ARREDONDO-ORTIZ, the above named defendant, who is accused of Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor) and Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony) being advised of the nature of the charges, the proposed information, and of my rights, hereby waive in open court on August 5, 2008 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
JUDICIAL OFFICER